IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:
ATTORNEY ADMISSION                              Case No. 3:20-la-<u>1000</u>
for the following Applicants:

Nikki N. Hashemian
John Lewis Haupt, III
Crystal Danielle Dudding Irvine
Rachel Jensen
Mary Kristen Kyle-Castelli
Ryen M. Lamb
Patricia A. Moore
Robert William Murphy
Jeffrey E. Nicoson
Kelsey Osborne
Brenda Ponsford
William Robert Pope, Jr.
Andrew Rozynski
Ryan Sarr
William Ryan Sivyer, Jr.
Michael Tackeff
Daniel Patrick Zydel

MOTION FOR ADMISSION TO PRACTICE

COMES NOW, Wade Davies, Chairperson of the Standing Committee for Admissions in Knoxville, Tennessee, upon Application for Admission by the above-stated attorneys ("the attorneys"), and would show unto the Court as follows:

The Admissions Committee has examined the credentials on file in the Office of the Clerk for the attorneys and is satisfied that the attorneys possess the necessary qualifications for admission to practice in the Bar of this Court.

Due to the extenuating circumstances of the COVID-19 pandemic and at the recommendation of the Centers for Disease Control and Prevention (CDC) to limit the number of individuals gathered in one location, the undersigned would respectfully

request this Court to temporarily suspend the requirement of an in-person ceremony as set forth in Local Rule 83.5.

THEREFORE, the undersigned would respectfully move the Court for the admission of the attorneys to membership in the Bar of the United States District Court for the Eastern District of Tennessee by court order and waive the requirement that the attorneys must attend an in-person ceremony as set forth in Local Rule 83.5.

*Wade Davies*

_____
WADE DAVIES, CHAIRPERSON OF THE
STANDING COMMITTEE FOR ADMISSIONS